Bernard T. King
Charles E. Blitman*
Jules L. Smith
James R. LaVaute
Donald D. Oliver
Jennifer A. Clark
Melvin H. Pizer°
Monica R. Heath
Kenneth L. Wagner
Timothy R. Bauman
Nathaniel G. Lambright
Daniel E. Kornfeld<sup>◌◊</sup>
Daniel R. Brice
Jonathan M. Cerrito<sup>Δ</sup>
Ginger B. LaChapelle<sup>◊</sup>

Brian J. LaClair
Bryan T. Arnault*
Michael R. Daum

\* Also admitted in MA
° Also admitted in FL
◌ Also admitted in MD
Δ Also admitted in CT
◊ Also admitted in DC

# Blitman & King LLP

Attorneys and Counselors at Law

Syracuse • Rochester • New York • Albany

bklawyers.com

Franklin Center, Suite 300
443 North Franklin Street
Syracuse, NY 13204-5412
Phone: 315.422.7111
Fax: 315.471.2623

Kelly L. Cook, CEBS
Leslie A. DuMond, CEBS
Marlene G. Groskin, MBA

Nathan H. Blitman
(1909-1990)

KENNETH L. WAGNER
Voice Mail Ext. 275
klwagner@bklawyers.com

September 26, 2014

**Via Electronic Filing**

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   Ley v. Novelis Corp.
      Docket No. 14-3218 (Lead); Docket No. 14-3297 (Consolidated)

Dear Ms. Wolfe:

We represent Appellants Jason McDermott, William Robinson, Stephen Wheeler, and Brian Wyman in the above-referenced appeal. Pursuant to the Court's Local Rule 31.2(a)(1)(A), we request that the deadline for filing Appellants' brief be December 12, 2014, which is the same date requested by appellants Duschen, et al. in the companion appeal.

Respectfully submitted,

BLITMAN & KING LLP

Kenneth L. Wagner

KLW/lmf

cc:   Kurtis A. Powell, Esq. (via ECF)
      Thomas G. Eron, Esq. (via ECF)
      Louis P. DiLorenzo, Esq. (via ECF)
      Suzanne M. Messer, Esq. (via ECF)
      Laura T. Vasquez, Esq. (via ECF)
      Linda M. Leslie, Esq. (via ECF)
      Kenneth L. Dobkin, Esq. (via ECF)