UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of September, two thousand and fourteen,

_____

| | |
|---|---|
| Jason McDermott, William Robinson, Stephen Wheeler, Brian Wyman, Richard Farrands, John Tesoriero, Michael W. Malone, Andrew Duschen, | **ORDER**<br>Docket No: 14-3218 (Lead),<br>14-3297 (Con.) |

        Appellants,

v.

Rhonda P. Ley, Regional Director of the Third Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,

        Petitioner - Appellee,

v.

Novelis Corporation,

        Respondent - Appellee.
_____

Counsel for APPELLANTS, Jason McDermott, William Robinson, Stephen Wheeler and Brian Wyman, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting 12/12/2014 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before 12/12/2014. The appeal is dismissed effective 12/12/2014 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

        For The Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court

